The People of the State of Illinois, defendant in error, v. John Kozlowski, plaintiff in error. Gen. No. 29,165.

Conviction of obtaining goods under false pretenses. Error to the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924.

Newberger & Greenbaum, for plaintiff in error. Robert E. Crowe, State's Attorney, and Elmer J. Schnackenberg, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Jacob Handelsman et al., plaintiffs in error, v. Morris Rochells and Bertha Rochells, defendants in error. Gen. No. 29,174.

Forcible entry and detainer. Judgment for defendants. Error to the Municipal Court of Chicago; the Hon. Howard Hayes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924.

Brown, Alschuler & Reagh, for plaintiffs in error. William Reeda, Charles E. Peace and William Jaffe, for defendants in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Lyman Sailor, plaintiff in error, v. Hotel La Salle Company, defendant in error. Gen. No. 28,778.

Action for damage to automobile in collision. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed June 27, 1924.

Bangs & Frankhauser, for plaintiff in error. Henry W. Price and Hugh T. Martin, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.

---

John M. Cox, appellee, v. Edwy L. Reeves, appellant. Gen. No. 29,044.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed June 27, 1924. Rehearing denied July 9, 1924. *Certiorari* denied by Supreme Court (making opinion final).

McCormick, Kirkland, Patterson & Fleming, for appellant; Joseph D. Ryan and William H. Symmes, of counsel. James L. Bynum and Michael M. Dolan, for appellee.

Mr. Justice Gridley delivered the opinion of the court.